*Naeem Miller v. Michelle Ricci, et al.*
*Civil Action No. 10-2492 (KSH)*

## List of Exhibits

Exhibit A trial transcript of March 21, 2005

Exhibit B trial transcript of March 22, 2005

Exhibit C trial transcript of March 23, 2005

Exhibit D trial transcript of March 29, 2005

Exhibit E trial transcript of March 30, 2005

Exhibit F trial transcript of March 31, 2005

Exhibit G trial transcript of April 1, 2005

Exhibit H sentencing transcript of May 13, 2005

Exhibit I PCR transcript of February 8, 2008

Exhibit J Indictment No. 03-5-1830

Exhibit K  Judgment of Conviction  5/13/2005

Exhibit L Defendant's brief and appendix on direct appeal dated 2/28/06

Exhibit M  State's brief and appendix in opposition to defendant's direct appeal dated June 21, 2006

Exhibit N  Defendant's pro-se brief on direct appeal dated September 29, 2006

Exhibit O  State's letter in opposition to defendant's pro-se brief on direct appeal dated October 10, 2006

Exhibit P Appellate Division opinion affirming defendant's convictions and sentence dated January 8, 2007

Exhibit Q Defendant's Notice of Petition and Petition for Certification to the Supreme Court dated January 29, 2007

Exhibit R State's Letter in opposition to defendant's Petition for Certification dated February 6, 2007

Exhibit S Defendant's Letter and Notice of Motion for Leave to file a Notice of Petition for Certification as within time dated February 20, 2007

Exhibit T Supreme Court of NJ order denying defendant's petition for certification dated April 4, 2007

Exhibit U Defendant's Petition for Post-Conviction Relief dated May 17, 2007 and PCR counsel's supplemental brief and appendix in support of PCR

Exhibit V Order and Opinion denying Defendant's Petition for Post-Conviction Relief dated February 8, 2008

Exhibit W Defendant's Notice of Appeal filed July 16, 2008 and brief on appeal from denial of post-conviction relief dated December 17, 2008

Exhibit X Defendant's appendix on appeal from denial of post-conviction relief

Exhibit Y State's responding brief in opposition to defendant's appeal from denial of post-conviction relief February 25, 2009

Exhibit Z Defendant's pro-se brief in support of PCR appeal dated April 14, 2009

Exhibit AA State's responsive brief in opposition to defendant's pro-se supplemental letter brief dated May 19, 2009

Exhibit BB Orders of Appellate Division granting defendant's motion to supplement and denying State's motion to strike filed February 24, 2009

Exhibit CC Appellate Division opinion denying defendant's appeal from an order denying his Petition for Post-Conviction Relief dated November 4, 2009

Exhibit DD Defendant's Notice of Petition for Certification, Petition for Certification and supporting papers November 18, 2009

Exhibit EE Order of New Jersey Supreme Court granting motion for leave to file a pro se supplemental brief as within time filed February 11, 2010 and Order denying certification filed February 25, 2010