**Exhibit J**

Superior Court of New Jersey
Essex County
( Law Division - Criminal )
22 ND Grand Jury 2002 Term

The State of New Jersey
vs.

NAEEM MILLER                                Count (s) 1 thru 4

---

ndictment #: 2O03 - 5 - 1830          INDICTMENT                          4 Count (s)

FIRST    degree  MURDER
SECOND   degree  AGGRAVATED ASSAULT
THIRD    degree  UNLAWFUL POSS. OF WEAPON(S)
SECOND   degree  POSS. WEAPON(S) UNLAW. PURPOSE



FILED MAY 1 2003 CRIMINAL RECORDS

**TRUE COPY**

A True Bill    Foreperson [✓]  Deputy Foreperson [ ]    Roger A. Vellekamp

P #: 02000818
W-2001-340614-15-0714

Presented: Friday, May 16, 2003

Printed on: 5/15/2003
Page 1 of 1
GJ #: 1064

Essex County, to wit:

The Grand Jurors of the State of New Jersey, for the County of Essex, upon their oath present that

NAEEM MILLER

on the 16th day of December, 2001 in the City of Newark in the County of Essex aforesaid and within the jurisdiction of this Court, did purposely or knowingly murder Timothy Phillips by own conduct by shooting him

contrary to the provisions of N.J.S. 2C: 11-3a. (1),(2), a crime of the First Degree, and against the peace of this State, the government and dignity of the same.

SECOND COUNT

And The Grand Jurors of the State of New Jersey, for the County of Essex, upon their oath present that

NAEEM MILLER

on the 16th day of December, 2001 in the City of Newark in the County of Essex aforesaid and within the jurisdiction of this Court, did purposely, knowingly or recklessly under circumstances manifesting extreme indifference to the value of human life cause or attempt to cause serious bodily injury to Stacey Davis by shooting him

contrary to the provisions of N.J.S.2C: 12-1b. (1), a crime of the Second Degree, and against the peace of this State, the government and dignity of the same.

THIRD COUNT

And The Grand Jurors of the State of New Jersey, for the County of Essex, upon their oath present that

NAEEM MILLER

on the 16th day of December, 2001 in the City of Newark in the County of Essex aforesaid and within the jurisdiction of this Court, knowingly and unlawfully did possess a certain firearm, a handgun, without first having obtained a permit to carry the same

contrary to the provisions of N.J.S. 2C:39-5b., a crime of the Third Degree and against the peace of this State, the government and dignity of the same.

FOURTH COUNT

And The Grand Jurors of the State of New Jersey, for the County of Essex, upon their oath present that

NAEEM MILLER

on the 16th day of December, 2001 in the City of Newark in the County of Essex aforesaid and within the jurisdiction of this Court, knowingly and unlawfully did possess a certain weapon, a handgun, with a purpose to use it unlawfully against the person or property of another

contrary to the provisions of N.J.S. 2C:39-4a., a crime of the Second Degree, and against the peace of this State, the government and dignity of the same.

DONALD C. CAMPOLO
ASSISTANT ATTORNEY GENERAL
ACTING ESSEX COUNTY PROSECUTOR

BY: _____
GREGORY DEMATTIA
SPECIAL DEPUTY ATTORNEY GENERAL
ACTING ASSISTANT PROSECUTOR